Miguel Garcia-Flores
8:19MJ315

SPANISH

Statement 1:
When Consular Notification is at the Foreign National's Option

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 JUL 26 PM 3:25
OFFICE OF THE CLERK

Por no ser ciudadano de los Estados Unidos, y ser arrestado o detenido, tiene derecho a pedirnos que notifiquemos acerca de su situación a los funcionarios consulares de su país aquí en los Estados Unidos. También tiene derecho a comunicarse con los funcionarios consulares de su país. Entre otras cosas, un funcionario consular de su país puede ayudarle a obtener asesoramiento legal, ponerse en contacto con su familia y visitarle en el lugar de detención. Si usted desea que notifiquemos a los funcionarios consulares de su país, puede solicitarlo ahora o en cualquier oportunidad en el futuro. ¿Desea que notifiquemos ahora a los funcionarios consulares de su país?

Sí   YES                    (NO)   NO

(Sírvase poner un círculo alrededor de Sí o No.)

_7/25/2019_                    _Miguel_

FECHA                          FIRMA DEL ACUSADO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 JUL 26  PM 3: 25
OFFICE OF THE CLERK

Statement 1:
When Consular Notification is at the Foreign National's Option

As a non-U.S. citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, and may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you. Do you want us to notify your country's consular officials?

YES                                                                                    NO

Circle Yes or No


DATE                         SIGNATURE OF THE DEFENDANT